ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Facsimile:   (415) 543-7861

Attorneys for Plaintiff
HILARY K. GAMACHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY K. GAMACHE, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> DESERT CHAMPIONS LLC, <br><br> Defendant. | Case No:  4:15-cv-02112 DMR <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE RESPONSIVE MOTION OR ANSWER TO PLAINTIFF'S COMPLAINT** <br><br> Complaint filed:  May 11, 2015 |

---

STIPULATION AND [PROPOSED] ORDER RE
TIME TO RESPOND TO COMPLAINT

CASE NO. 4:15-CV-02112 DMR

Plaintiff Hilary K. Gamache and Defendant Desert Champions LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed her complaint on May 11, 2015.

2. The Parties have met and conferred and agreed to extend Defendant's deadline to file any responsive motion or Answer to Plaintiff's complaint.

3. Subject to the Court's approval, the Parties agree that Defendant may have until the later of 21 days after the summons is served or June 18, 2015 to file any responsive motion or Answer to Plaintiff's complaint.

Dated: May 18, 2015                **KELLER GROVER LLP**

By: /s/ *Eric. A. Grover*
ERIC A. GROVER

*Counsel for Plaintiff*
HILARY K. GAMACHE

Dated: May 18, 2015                **SEYFARTH SHAW LLP**

By: /s/ *Lawrence E. Butler*
LAWRENCE E. BUTLER
PATTY H. LEE

*Counsel for Defendant*
DESERT CHAMPIONS LLC

---

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

STIPULATION AND [PROPOSED] ORDER
RE TIME TO RESPOND TO COMPLAINT        1        CASE NO. 4:15-CV-02112 DMR

**ORDER**

GOOD CAUSE APPEARING THEREFORE, Defendant may have until the later of 21 days after the summons is served or June 18, 2015 to file any responsive motion or Answer to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: 5/26/15   _____



UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
RE TIME TO RESPOND TO COMPLAINT    2    CASE NO. 4:15-CV-02112 DMR

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861