ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
HILARY K. GAMACHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY K. GAMACHE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CHAMPIONS LLC,<br><br>Defendant. | Case No: 3:15-cv-02112 EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE RE DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE**<br><br>Date: July 23, 2015<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Complaint filed: May 11, 2015 |

---

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING

CASE NO. 3:15-CV-02112 EMC

Plaintiff Hilary K. Gamache and Defendant Desert Champions LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant filed its motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and motion to strike pursuant to Federal Rule of Civil Procedure 12(f) on June 18, 2015 (Dkt. #10).

2. Lead counsel for Plaintiff, Eric A. Grover, is leaving for a two-week vacation on June 20, 2015, returning on July 5, 2015.

3. The current filing date for Plaintiff's opposition is July 2, 2015, a date on which Mr. Grover will be out of the country.

4. Lead counsel for Defendant, Lawrence E. Butler, has several trials scheduled in July and August, 2015.

5. The Parties have met and conferred and agreed to continue the hearing date to August 27, 2015. The Parties have also met and conferred and agreed that Plaintiff's opposition will be due on July 16, 2015 and Defendant's reply will be due on August 13, 2015.

Dated: June 19, 2015

**KELLER GROVER LLP**

By: _/s/ Eric A. Grover_
ERIC A. GROVER

*Counsel for Plaintiff*
MICHELE ANDRADE

Dated: June 19, 2015

**SEYFARTH SHAW LLP**

By: _/s/ Lawrence E. Butler_
LAWRENCE E. BUTLER
PATTY H. LEE

*Counsel for Defendant*
DESERT CHAMPIONS LLC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING — 1 — CASE NO. 3:15-CV-02112 EMC

## ORDER

GOOD CAUSE APPEARING THEREFORE, the hearing on Defendant's motions are re-set from July 23, 2015 to August 27, 2015 at 1:30 p.m. Plaintiff's opposition is due on or before July 16, 2015 and Defendant's reply is due on or before August 13, 2015

**IT IS SO ORDERED.**

Dated: 6/22/15

