**United States District Court**

For the Northern District of California

1

2

3

4

5                                    UNITED STATES DISTRICT COURT

6                                    NORTHERN DISTRICT OF CALIFORNIA

7

8    HILARY K. GAMACHE, individually and on              No. C-15-2112 EMC
     behalf of all similarly situated individuals
9
                    Plaintiff,
10                                                       **ORDER GRANTING PLAINTIFF'S**
                                                         **MOTION FOR LEAVE TO FILE**
11            v.                                         **AMENDED COMPLAINT; DENYING**
                                                         **DEFENDANT'S MOTION TO DISMISS**
     DESERT CHAMPIONS LLC,                               **AND STRIKE**
12
                    Defendant.
13   _____/               **(Docket No. 10)**

14

15          On June 18, 2015, Defendant Desert Champions filed a motion to dismiss a portion of

16   Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and to strike certain other

17   discrete portions of the complaint.  Docket No. 10.  In opposition, Plaintiff agreed to voluntarily

18   dismiss the legal allegations challenged by Defendant under Rule 12(b)(6), and sought leave to file

19   an amended complaint that removes those challenged allegations.  Docket No. 18.  Plaintiff's

20   request for leave to file her amended complaint is **GRANTED**, and Defendant's motion to dismiss is

21   **DENIED** as moot.

22          The same material that Defendant seeks to strike from Plaintiff's initial complaint remains

23   present in Plaintiff's proposed amended complaint.  To save the litigants the expense of filing a re-

24   noticed motion to strike, the Court will rule on that motion now.  Defendant's motion to strike is

25   **DENIED**.  Motions to strike are generally disfavored, *see Malem Medical, Ltd. v. Theos Medical*

26   *Sys., Inc.*, No. 13-cv-5236-EMC, 2014 WL 3568885, at *2 (N.D. Cal. July 18, 2014), and will only

27   be granted in rare circumstances.  Here, the very limited material that Defendant seeks to strike is

28   not obviously "immaterial" at this very early stage of the litigation, and it is certainly not

scandalous, impertinent, or redundant.  Fed. R. Civ. P. 12(f).  Defendant's motion to strike is without merit.  The hearing currently set for this matter on August 27, 2015, is hereby **VACATED**. Plaintiff shall file her proposed amended complaint within five (5) days of the date of this Order.

This Order disposes of Docket No. 10.

IT IS SO ORDERED.

Dated:  August 17, 2015

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2