# EXHIBIT A

CHARGE RECEIPT

Date/Time: 03/10/2015 07:52pm
CardType: V                    Exp: ▮
Name: ▮
Acct: ▮                        095222
Approval:                      $176.00
Total Sale:
I agree to pay above total amount
according to card issuer agreement.

BNP PARIBAS

CUSTOMER COPY

NO REFUNDS, EXCHANGES
OR RAINCHECKS