1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ROBERT W. SPENCER (SBN 238491)
   rspencer@kellergrover.com
3  **KELLER GROVER LLP**
4  1965 Market Street
   San Francisco, California 94103
5  Telephone:  (415) 543-1305
   Facsimile:  (415) 543-7861
6

7  Attorneys for Plaintiff
   HILARY K. GAMACHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY K. GAMACHE, individually and on behalf of a class of similarly situated individuals, | Case No: 3:15-cv-02112 EMC |
| | <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| DESERT CHAMPIONS LLC, | |
| Defendant. | |
| | Date:        October 15, 2015 |
| | Time:        9:30 a.m. |
| | Courtroom: 5, 17th Floor |
| | Judge:       Hon. Edward M. Chen |
| | Complaint filed: May 11, 2015 |

Plaintiff Hilary K. Gamache and Defendant Desert Champions LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. A case management conference is scheduled for October 15, 2015 at 9: 30. a.m.

2. The Parties are scheduled to mediate the case with Hon. Edward A. Infante (Ret.) on October 25, 2015.

3. The Parties have met and conferred and agreed, subject to Court approval, to continue the case management conference to December 3, 2015, the first Thursday after the mediation where the Court and all counsel are available.

4. The Parties have agreed that the deadlines relating to the Rule 26(f) conference and Initial Disclosures will be continued accordingly.

Dated: October 5, 2015      **KELLER GROVER LLP**

By: *Eric A. Grover*
       ERIC A. GROVER

*Counsel for Plaintiff*
MICHELE ANDRADE

Dated: October 5, 2015      **SEYFARTH SHAW LLP**

By: *Lawrence E. Butler*
       LAWRENCE E. BUTLER
       PATTY H. LEE

*Counsel for Defendant*
DESERT CHAMPIONS LLC

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the case management conference is continued to December 3, 2015 at 9:30 a.m. The joint case management conference statement shall be filed by November 25, 2015.

**IT IS SO ORDERED.**

Dated: __10/07/2015__                          _____
                                                HON.                    CHEN
                                                UNIT             DISTRICT COURT JUDGE



STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC                 2               CASE NO. 3:15-CV-02112 EMC

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861