SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
lbutler@seyfarth.com
Patty H. Lee (SBN 245192)
plee@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
DESERT CHAMPIONS LLC

KELLER GROVER LLP
Eric A. Grover (SBN 136080)
eagrover@kellergrover.com
Robert W. Spencer (SBN 238491)
rspencer@kellergrover.com
1965 Market Street
San Francisco, California 94103
Telephone:    (415) 543-1305
Facsimile:     (415) 543-7861

Attorneys for Plaintiff
HILARY K. GAMACHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY K. GAMACHE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CHAMPIONS LLC,<br><br>Defendant. | Case No. 4:15-cv-02112-EMC<br><br>**STIPULATION AND PROP~~OS~~ED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:    December 15, 2015<br>Time:   9:30 a.m.<br>Place:   Courtroom 5, 17th Floor<br><br>First Amended Complaint Filed: 8/18/15 |

Plaintiff Hilary K. Gamache and Defendant Desert Champions LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.    A Case Management Conference is scheduled in this action for December 15, 2015 at 9:30 a.m.

2. The Parties have reached a tentative settlement of this action. The parties are currently working to finalize a settlement agreement. Once said agreement is finalized, Plaintiff will file a Motion for Preliminary Approval of Class Settlement.

3. The Parties have agreed to continue the Case Management Conference to March 17, 2016 at 9:30 a.m. to permit the Parties time to finalize a settlement agreement and notice a hearing on the Motion for Preliminary Approval of Class Settlement.

DATED: December 1, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Lawrence E. Butler*
    Lawrence E. Butler
    Patty H. Lee

Attorneys for Defendant
DESERT CHAMPIONS LLC

DATED: December 1, 2015

KELLER GROVER LLP

By */s/ Eric A. Grover*
    Eric A. Grover

Attorneys for Plaintiff
HILARY K. GAMACHE

## ORDER

GOOD CAUSE APPEARING THEREFORE, the Case Management Conference shall be reset from December 15, 2015 at 9:30 a.m. to March 17, 2016 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 12/3/15

HONORABLE _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Edward M. Chen*

22835969v.1