1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ROBERT W. SPENCER (SBN 238491)
   rspencer@kellergrover.com
3  **KELLER GROVER LLP**
4  1965 Market Street
   San Francisco, California 94103
5  Telephone:  (415) 543-1305
   Facsimile:  (415) 543-7861
6
7  Attorneys for Plaintiff
   HILARY GAMACHE and MICHELE ANDRADE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY GAMACHE, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>DESERT CHAMPIONS LLC,<br><br>    Defendant.<br><br>MICHELE ANDRADE, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>DESERT CHAMPIONS LLC,<br><br>    Defendant. | Case No:  4:15-cv-02112 EMC<br>Case No:  3:15-cv-01394 EMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:         February 11, 2016<br>Time:        1:30 p.m.<br>Courtroom:  5, 17th Floor<br>Judge:       Hon. Edward M. Chen<br><br>*Gamache* Complaint filed: May 11, 2015<br>*Andrade* Complaint filed:  March 26, 2015 |

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

The Court has received the Stipulation of Settlement and Release Between Plaintiffs and Defendant ("Stipulation of Settlement"), entered into by and between (1) Plaintiffs HILARY K. GAMACHE and MICHELE ANDRADE ("Plaintiffs" or "Class Representatives"), on behalf of themselves and all other similarly situated, and (2) Defendant DESERT CHAMPIONS LLC ("Defendant").

Having reviewed the Stipulation of Settlement and the exhibits attached thereto, as well as Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the papers filed in support thereof, and for good cause appearing, the Court HEREBY ORDERS THE FOLLOWING:

1. The Court CONSOLIDATES the *Gamache* and *Andrade* actions for the purpose of preliminarily approving the settlement and notifying the putative class members thereof as set forth in the Stipulation of Settlement.

2. The Court GRANTS preliminary approval of the settlement based upon the terms set forth in the Stipulation of Settlement. The Court preliminarily finds that the terms of the proposed settlement are fair, reasonable, and adequate to the Settlement Class, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

3. The Court ORDERS that the following Settlement Class is preliminarily certified for settlement purposes only:

> All consumers who engaged in debit or credit card transactions with Defendant over the internet, by telephone, or in-person at one of its Indian Wells, California box office locations between March 26, 2013 and April 17, 2015, inclusive.

4. The Court FINDS that the above-defined Settlement Class meets all the requirements for class certification. The Court FURTHER FINDS that the requirements of Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure are satisfied as (a) the members of the Settlement Class are so numerous that joinder is impracticable, (b) there are questions of law and fact common to the Settlement Class members which predominate over any individual questions,

(c) the claims of the Class Representatives are typical of the claims of the Settlement Class members, (d) the Class Representatives and their counsel have fairly and adequately represented and protected the interests of the Class Members and will continue to do so, and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

5. The Court APPOINTS Eric A. Grover as Class Counsel.

6. The Court APPOINTS Hilary K. Gamache and Michele Andrade as the Class Representatives.

7. The Court CONFIRMS Phoenix Settlement Administrators as the Settlement Administrator.

8. The Court APPROVES the proposed manner and content of notice, including the Class Action Settlement Notice and mailing envelope (**Exhibits A** and **B** hereto), as well as the Opt-Out Form (**Exhibit C** hereto).

9. The Court DIRECTS Defendant to provide the known names, mailing and email addresses of individuals who engaged in debit or credit card transactions with Defendant over the internet, by telephone, or in-person at one of its Indian Wells, California box office locations between March 26, 2013 and April 17, 2015 to the Settlement Administrator, in the manner described in the Stipulation of Settlement, by no later than 30 days from the date of this Order.

10. The Court DIRECTS the Settlement Administrator to mail the Class Action Settlement Notice (**Exhibit A** hereto) by no later than 60 days from the date of this Order.

11. The Court DIRECTS the Settlement Administrator to email the Class Action Settlement Notice (**Exhibit A** hereto) by no later than 60 days from the date of this Order.

12. The Court DIRECTS that by no later than 30 days from the date of this Order, the Settlement Administrator shall cause the publication of the Settlement Website at

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL — - 2 - — CASE NO.: 4:15-cv-02112 EMC    CASE NO.: 3:15-CV-01394 EMC

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

the URL www.DesertChampionsFACTASettlement.com (or a similar name if that one is not available), which, among other information, will include downloadable versions of the Stipulation of Settlement, Class Action Settlement Notice (**Exhibit A** hereto), the mailing envelope (**Exhibit B** hereto), the Opt-Out Form (**Exhibit C** hereto), the *Andrade* Complaint; the *Gamache* First Amended Complaint; the Answer to the *Gamache* First Amended Complaint, and this Order.

13. The Court FINDS that the notice to be provided to Settlement Class members in this case and the methodology by which the notice will be disseminated: (a) is reasonably calculated, under the circumstances, to apprise the Settlement Class members of the pendency of the action and of their right to object or to exclude themselves from the proposed settlement; (b) is reasonable and constitutes due, adequate and sufficient notice to all persons entitled to receive notice; and (c) meets all applicable requirements of the Federal Rules of Civil Procedure, the Class Action Fairness Act, the United States Constitution (including the Due Process Clause), the Rules of Court, and any other applicable law;

14. This Court will hold a Final Approval Hearing on _____, 2016 at 1:30 p.m. to consider the fairness, reasonableness and adequacy of the proposed settlement as well as the award of costs, fees and incentive awards. Class Counsel shall file a motion for approval of reasonable attorneys' fees, costs, and litigation expenses and a motion for approval of enhancement awards for Plaintiffs Gamache and Andrade no later than 14 days before the deadline to opt-out or submit objections. If the motion for final approval of the settlement will be unopposed, the motion and all supporting papers may be filed on or before _____, which is 21 calendar days before the Final Approval Hearing. The Final Approval Hearing may be adjourned or continued without further notice to the Class;

15. Each member of the Settlement Class who wishes to exclude himself or herself from the Settlement Class must submit a valid and timely Opt Out Form (or other

written request for exclusion) to the Settlement Administrator postmarked no later than 60 days after the Settlement Administrator first mails out the Class Action Settlement Notices. Any Settlement Class member who submits a valid and timely request for exclusion shall no longer be a member of the Settlement Class, shall be barred from participating in this settlement and shall receive no benefit from this settlement;

16. Any Settlement Class member who does not submit a valid and timely Opt Out from the Settlement Class will be bound by all proceedings, orders, and judgments in this action relating to the Stipulation of Settlement, even if such Settlement Class member has previously initiated or subsequently initiates individual litigation against Defendant or other proceedings involving Settled Claims;

17. Each Settlement Class member who wishes to object to the fairness, reasonableness or adequacy of the Stipulation of Settlement, to any terms of the proposed settlement, or to the proposed attorneys' fees and costs or incentive awards, must submit a written objection with the Court no later than 60 days after the Settlement Administrator first mails out the Class Action Settlement Notices. Should any party wish to file a written response to any written objection submitted by a Settlement Class member, that response shall be filed at least 21 calendar days prior to the Final Approval Hearing. Any Settlement Class member who fails to file and serve a timely written objection shall be foreclosed from objecting to the settlement unless otherwise ordered by the Court;

18. Pursuant to the Class Action Fairness Act, Defendant is required to notify "appropriate Federal and State officials" of the settlement. 28 U.S.C. § 1715. Defendant shall file proof of such notification no later than 21 days from the date of this Order.

19. All proceedings in the Actions are stayed until further order of the Court, except as may be necessary to implement the settlement or comply with the terms of the Stipulation of Settlement or this Order.

**IT IS SO ORDERED.**

Dated: _____, 2016

_____
THE HONORABLE EDWARD M. CHEN
United States Court District Judge

Dated: January 4, 2016              Respectfully Submitted,

**KELLER GROVER LLP**

By:  */s/ Eric A. Grover*
_____
     ERIC A. GROVER

Attorneys for Plaintiffs
HILARY K. GAMACHE, MICHELE ANDRADE
and the Proposed Class

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

# EXHIBIT A

**CLASS ACTION SETTLEMENT NOTICE**
**READ THIS NOTICE CAREFULLY**
**YOUR LEGAL RIGHTS MAY BEAFFECTED**

*H. Gamache v. Desert Champions LLC,* USDC ND CA Case No. 4:15-cv-02112-EMC
*M. Andrade v. Desert Champions LLC,* USDC ND CA Case No. 3:15-cv-01394-EMC

**You have been identified as being a likely Settlement Class Member entitled to benefits under the terms of this Class Action Settlement. Please read the rest of this Notice to find out more.**

### What is the Case About?
This class action case alleges that Desert Champions LLC, operator of the BNP Paribas Open tennis tournament at the Indian Wells Tennis Garden, willfully violated the federal Fair and Accurate Credit Transactions Act ("FACTA") by printing more than the last four digits of credit and debit card numbers and by failing to mask the expiration date on customers' credit and debit card receipts provided in connection with telephone and internet orders and transaction at the box office locations at the Indian Wells Tennis Garden between March 26, 2013 and April 17, 2015.

### What is a Class Action?
In a class action, one or more people called Class Representatives sue on behalf of people who have similar claims. One court resolves the issues for all class members, except for those who exclude themselves from the class. United States District Court Judge Edward M. Chen of the Northern District of California is in charge of this class action.

### Am I a Class Member?
You are a Class Member if you made an individual, non-business related, credit card or debit card purchase or transaction by telephone, over the internet or at a box office location at the Indian Wells Tennis Garden between March 26, 2013 and April 17, 2015 (the "Class Period"). If you are receiving this Notice by mail, Defendant has a record of you making one or more credit or debit card purchases or transactions during the Class Period.

### Why is There a Settlement?
Both sides agreed to a settlement to avoid the uncertainty and cost of a trial and provide benefits to class members. The Court did not decide in favor of Plaintiffs or Defendant, and Desert Champions denies any liability or wrongdoing of any kind associated with the claims asserted in this class action.

### What Can I Get From The Settlement?
Desert Champions has agreed to create a Settlement Fund of $575,000 which, after fees and costs are deducted, will be divided among all Class Members based on the number of credit or debit card purchases and transactions each Class Member had during the Class Period. Based on an estimated 23,500 total debit and credit card transactions during the Class Period, Class Members can expect to receive approximately $15.82 for each credit or debit purchase or transaction during the Class Period. This is only an estimate. The actual amount paid out will be calculated after the Court enters a final approval order and the judgment becomes final.

**Questions?  Contact the Settlement Administrator toll free at 1-xxx-xxx-xxxx**

### What Do I Need to Do To Receive A Settlement Check?

Nothing.  So long as you do not opt-out of the settlement (see below for an explanation of your opt-out rights), you will be automatically sent a settlement check if the settlement receives final approval.  You should let the Settlement Administrator know if you change your mailing address before you receive your settlement check.  The Settlement Administrator can be reached by calling 1-8XX-XXX-XXXX or writing the Settlement Administrator at [Address].

### What Am I Giving Up to Get A Settlement Check?

Unless you exclude yourself, you will remain in the Settlement Class and be bound by the terms of the settlement and all of the Court's orders. This means that you can't bring your own case or be part of any other FACTA lawsuit against Desert Champions.  Staying in the Settlement Class also means that you agree to the following release of claims which describes exactly the legal claims that you give up:

**Release by the Settlement Class.** The time period covered by the release of claims described in this paragraph is March 26, 2013 through October 27, 2015.  As of the settlement effective date, and except as to such rights or claims as may be created by the Settlement Agreement, each member of the Settlement Class who does not timely opt-out of the settlement, fully releases and discharges Desert Champions LLC, as well as its present and former officers, directors, members, managers, shareholders, agents, parents, subsidiaries, insurers, operators, partners, joint ventures, consultants, attorneys, successors and assigns, from any and all claims, costs, expenses, attorneys' fees, or damages, of whatever kind or nature, known or unknown, which were brought or could have been brought in the pending actions, for violating the truncation requirements of FACTA, 15 U.S.C. § 1681c(g).

### When Can I Expect To Receive My Settlement Benefits?

The Court will hold a hearing on [Date], to decide whether to give final approval to the settlement.  You will be kept informed of the progress of the settlement through the dedicated settlement website at www.DesertChampionsFACTASettlement.com.  Please be patient.

### Can I Exclude Myself From the Settlement?

If you don't want to receive benefits from this settlement, but you want to keep the right to sue the Defendant on your own about the issues in this case, then you must take steps to exclude yourself from the settlement. To exclude yourself from the settlement, you must complete and return the Request For Exclusion form.  The Request For Exclusion form may be obtained through the settlement website, www.Desert_ChampionsFACTASettlement.com, by calling 1-8XX-XXX-XXXX or by writing the Settlement Administrator at [Address].  Be sure to include your name, address, telephone number, and your signature.  You must mail your completed Request for Exclusion form so that it is postmarked no later than [Date] and mailed to:

> Desert Champions Exclusions
> c/o Phoenix Settlement Administrators
> P.O. Box XXXX
> City / State, XXXXX

If you request to be excluded from the settlement, you will not get any settlement benefits, and you cannot object to the terms of the settlement. You will not be legally bound by anything that happens in these lawsuits.

**Questions?  Contact the Settlement Administrator toll free at 1-xxx-xxx-xxxx**

### If I Don't Exclude Myself, Can I Sue the Defendant for the Same Thing Later?

No. Unless you exclude yourself, you give up any right to sue the Defendant for the claims that this settlement resolves. If you have a pending lawsuit covering this same claim, speak to your lawyer in that case immediately. You must exclude yourself from this Settlement Class to continue your own lawsuit.

### Do I Have a Lawyer in the Case?

The Court has appointed Eric A. Grover of Keller Grover LLP to represent you and other class members, as Class Counsel. You will not be charged for this lawyer. If you want to be represented by your own lawyer, you may hire one at your own expense.

### How Will the Lawyers Be Paid?

Class Counsel will ask the Court to approve payment of up to $143,750 in attorneys' fees and up to $10,000 in actual out-of-pocket costs. The fees would pay Class Counsel for investigating the facts, litigating the case and negotiating the settlement. Class Counsel will also ask the Court to approve payments of $5,000 each to the two Class Representatives for their services as Class Representatives. The Court may award less than these amounts. These amounts will be paid out of the Settlement Fund.

### How Do I Tell the Court That I Don't Like the Settlement?

If you're a Class Member, you can ask the Court to deny final approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the settlement. If the Court denies final approval, no settlement payments will be sent out and the lawsuits will continue. Each objection must include (1) the names of the lawsuits, (2) the objector's full name, address and telephone number, (3) proof of the objector's membership in the Settlement Class, (4) all grounds for the objection, accompanied by any legal support for the objection known to the objector or his or her counsel, (5) the identity of all counsel who represent the objector, if any, and (6) a statement confirming whether the objector or the objector's counsel intends to personally appear and/or testify at the final fairness hearing. Any objection must be filed with the Court either by mailing with a postmark date no later than [Date] to the Class Action Clerk, United States District Court for the Northern District Court of California, 450 Golden Gate Avenue, San Francisco, California 94012, or by filing it in person at any location of the United States District Court for the Northern District Court of California by [Date].

### What's the Difference Between Objecting and Excluding?

Objecting is telling the Court that you don't like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

### When and Where Will the Court Decide Whether to Approve the Settlement?

The Court will hold a final fairness hearing at [Time] on [Date] at 450 Golden Gate Avenue, Courtroom 5, 17th Floor, San Francisco, California before Judge Edward M. Chen. At this hearing the Court will consider whether the settlement is fair, reasonable, and adequate. After the hearing, the Court will decide whether to approve the settlement. Class Counsel do not know how long these decisions will take. Please note that the hearing date may be continued without further notice to the Settlement Class. You may check the settlement website, www.DesertChampionsFACTASettlment.com, or the Court's PACER website (see below) to confirm the date of the hearing has not been changed.

**Questions?  Contact the Settlement Administrator toll free at 1-xxx-xxx-xxxx**

### Do I Have to Come to the Hearing?

No. Class Counsel will answer questions Judge Chen may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you filed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

### Are There More Details About the Settlement?

This notice only summarizes the proposed settlement.  For the precise terms and conditions of the settlement, including a copy of the Settlement Agreement, you may visit the settlement website, www.DesertChampionsFACTASettlement.com ,or access the Court docket through the Court's Public Access to Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or review the Court docket in person by visiting the Office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.  You can also contact Class Counsel:

> Eric A. Grover, Esq.
> KELLER GROVER LLP
> 1965 Market Street
> San Francisco, California 94103
> Telephone: (415) 543-1305
> Facsimile: (415) 543-7861
> eagrover@kellergrover.com

**PLEASE DO NOT CALL THE COURT OR THE CLERK'S OFFICE WITH ANY QUESTIONS RELATED TO THE SETTLEMENT**

**Questions?  Contact the Settlement Administrator toll free at 1-xxx-xxx-xxxx**

# EXHIBIT B

Desert Champions Settlement Claims Administrator
Phoenix Settlement Administrators
**[insert address]**

[Insert Recipients Address]

**THIS IS A LEGAL NOTICE.   IT IS NOT AN ADVERTISEMENT OR A SOLICITATION. THIS NOTICE CONTAINS INFORMATION ABOUT YOUR RIGHTS TO MONEY FROM A LEGAL SETTLEMENT.
<u>OPEN IMMEDIATELY.</u>**

# EXHIBIT C

# REQUEST FOR EXCLUSION FROM THE SETTLEMENT

*H. Gamache v. Desert Champions LLC,* USDC ND CA Case No. 4:15-cv-02112-EMC

*M. Andrade v. Desert Champions LLC,* USDC ND CA Case No. 3:15-cv-01394-EMC

Desert Champions Exclusions
c/o Phoenix Settlement Administrators
P.O. Box XXXX
City / State, XXXXX
Toll Free: 1-8XX-XXX-XXXX

*COMPLETE ONLY IF YOU DO **NOT** WANT TO SHARE IN THE SETTLEMENT*

**This Request For Exclusion Form Must be Postmarked No Later Than _____, 2016**

Please print your name, address, telephone number below:

Name: _____

Address: _____

City, State, Zip Code: _____

## INSTRUCTIONS

**If you do not want to participate in this settlement,** you may exclude yourself. This is called "opting-out" of the settlement. If you opt-out of the settlement, (a) you will have no right to receive any benefits under the settlement in this case, (b) you will not be bound by the settlement, and (c) you will have no right to object to the settlement or be heard at the final fairness hearing.

To opt out, you must submit this completed Request for Exclusion form and return it by regular mail to Desert Champions Exclusions c/o Phoenix Settlement Administrators, at the address listed above. To be timely, your Request For Exclusion form must be **postmarked no later than** _____**, 2016.**

## OPT-OUT SIGNATURE

By signing this Request For Exclusion form, I hereby opt out of this settlement. I understand that I will have no right to receive any benefits from the settlement in this case, and I will have no right to object to the settlement and/or be heard at the final fairness hearing.

Date: \_\_ \_\_/\_\_ \_\_/\_\_ \_\_ \_\_ \_\_

Signature: _____

Printed Name of Person Signing: _____

**Questions? Call 1-8XX-XXX-XXXX or www.HyundaiRecordingSettlement.com**