ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:   (415) 543-1305
Facsimile:   (415) 543-7861

Attorneys for Plaintiffs and the Settlement Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY GAMACHE, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>     v.<br><br>DESERT CHAMPIONS LLC,<br><br>           Defendant.<br><br>MICHELE ANDRADE, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiffs,<br><br>     v.<br><br>DESERT CHAMPIONS LLC,<br><br>           Defendant. | Case No:  3:15-cv-02112 EMC<br>Case No:  3:15-cv-01394-EMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS, CLASS REPRESENTATIVES' ENHANCEMENTS AND CLAIMS ADMINISTRATOR'S FEES**<br><br>Date:         September 8 2016<br>Time:        1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:       Hon. Edward M. Chen<br><br>*Gamache* Complaint filed: May 11, 2015<br>*Andrade* Complaint filed:  March 26, 2015 |

[PROPOSED] ORDER GRANTING MOTION FOR
FINAL APPROVAL AND MOTION FOR FEES, ETC.

CASE NO.: 3:15-cv-02112 EMC
CASE NO.: 3:15-cv-01394 EMC

On January 4, 2016, Plaintiffs Hilary K. Gamache and Michele Andrade ("Plaintiffs" or "Class Representatives"), individually and on behalf of others similarly situated, filed a Motion for Preliminary Approval of Class Settlement upon the terms and conditions set forth in the Stipulation of Settlement and Release Between Plaintiffs and Defendant ("Stipulation of Settlement"), a true and correct copy of which was attached to the Declaration of Eric A. Grover in support of that motion as Exhibit "1." (*Gamache* Dkt. 32-2; *Andrade* Dkt. 36-2.)

On February 12, 2016, the Court entered an Order granting preliminary approval of the proposed class action Settlement. (*Gamache* Dkt. 34; *Andrade* Dkt. 41.) On June 8, 2016, the Court entered an Order granting the parties' request to extend the deadline for Settlement Class members to opt out of or object to the settlement to June 24, 2016, extend the deadline for Plaintiffs' fee motion to June 10, 2016, and continue the final approval hearing date to September 8, 2016 on the condition that Plaintiffs notify the Settlement Class of the new deadlines and hearing date via U.S. mail and publication on the Settlement Website. (*Gamache* Dkt. 36; *Andrade* Dkt. 43.)

On June 10, 2016, Plaintiffs filed their Motion For Award of Reasonable Attorneys' Fees and Costs, Class Representatives' Enhancement Awards, and Claims Administrator's Fees. (*Gamache* Dkt. 38; *Andrade* Dkt. 45.) On July 7, 2016, filed Plaintiffs filed their Motion for Final Approval of Class Action Settlement. (*Gamache* Dkt. 38; *Andrade* Dkt. 46.) Those motions are referred to collectively as "The Final Approval Motions." Filed concurrently with The Final Approval Motions were the Declaration and Supplemental Declaration of Melissa Meade submitted on behalf of Phoenix Settlement Administrators ("PSA"), the Court-approved Settlement Administrator, which set forth the efforts made by PSA to administer the settlement and the results of those efforts. (*Gamache* Dkt. 38-3, 38-2; *Andrade* Dkt. 45-3, 46-2.)

Having duly considered all submissions and arguments presented, IT IS HEREBY ORDERED, DECREED AND ADJUDGED AS FOLLOWS:

1. The Court, for purposes of this order ("Order"), adopts all defined terms as set forth in the Stipulation of Settlement.

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

2. The Court hereby GRANTS final approval of the Settlement upon the terms and conditions set forth in the Stipulation of Settlement and preliminarily approved by this Court's order of February 12, 2016. The Court finds that the terms of the Settlement are fair, reasonable, and adequate and comply with Rule 23(e) of the Federal Rules of Civil Procedure ("FRCP").

3. The Court finds that, for purposes of approving the Settlement, the proposed Settlement Class meets all of the requirements for certification under FRCP Rule 23: (a) the proposed Settlement Class is ascertainable and so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the proposed Settlement Class and there is a well-defined community of interest among members of the proposed Settlement Class with respect to the subject matter of the litigation; (c) the claims of the Settlement Class Representatives, Hilary K. Gamache and Michele Andrade, and potential defenses thereto, are typical of the claims and defenses thereto of the members of the proposed Settlement Class; (d) the Settlement Class Representatives will fairly and adequately protect the interests of the Settlement Class; (e) counsel of record for the Settlement Class Representatives is qualified to serve as counsel for Hilary K. Gamache and Michele Andrade in their own capacity as well as in their representative capacity for the Settlement Class and have no conflicts of interests with any Settlement Class member; (f) common issues of fact and law predominate over individual issues; and (g) a class action is superior to other available methods for an efficient adjudication of this controversy.

4. For purposes of this Order, the Court hereby certifies the following class for settlement purposes ("Settlement Class"):

> All consumers who engaged in debit or credit card transactions with Defendant over the internet, by telephone, or in-person at one of its Indian Wells, California box office locations between March 26, 2013 and April 17, 2015, inclusive.

5. The Court appoints Hilary K. Gamache and Michele Andrade as the Class Representatives.

1      6.    The Court appoints Eric A. Grover as Class Counsel. Class Counsel is authorized to act on behalf of Settlement Class members with respect to all acts or consents required by, or which may be given pursuant to, the Settlement, and such other acts reasonably necessary to consummate the Settlement.

    7.    The Court finds the Stipulation of Settlement was the product of serious, informed, non-collusive negotiations conducted at arm's-length by the Parties in the presence of the Honorable Edward A. Infante, United States Magistrate Judge (Ret.). In making these findings, the Court considered, among other factors, the total potential statutory damages claimed in this Action on behalf of Plaintiffs and members of the Settlement Class, Defendant Desert Champions LLC ("Defendant") potential liability, the risks of continued litigation, the cash benefits available to Settlement Class members as part of the Settlement, and the fact that the proposed Settlement represents a compromise of the Parties' respective positions rather than the result of a finding of liability at trial. The Court further finds that the terms of the Stipulation of Settlement have no obvious deficiencies and do not improperly grant preferential treatment to any individual member of the Settlement Class. The Court also finds that settlement at this time results in substantial benefits to the Settlement Class and will avoid additional substantial costs, as well as avoid the delay and risks that would be presented by the further prosecution of the Actions.

    8.    The manner of distribution of the Class Notice and subsequent postcard notice of the extended deadlines and continued final approval hearing date was accomplished the best methods practicable under the circumstances and was in full compliance with the United States Constitution and the requirements of due process. The Court further finds that said notice program fully and accurately informed Settlement Class members of all material elements of the proposed class action Settlement, of each member's right to be excluded from the Settlement Class, and each member's right and opportunity to object to the proposed class action Settlement.

    9.    Seventy-two (72) Settlement Class members, whose names are set forth in Exhibit A attached hereto, have timely requested exclusion from the Settlement Class. No Settlement Class member has objected to the Settlement.

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

10. Except for the 72 Settlement Class Members that timely excluded themselves from the Settlement, all Settlement Class members shall be bound by the releases set forth in the Stipulation of Settlement.

11. To the extent permitted by law, all Settlement Class members who have not timely excluded themselves from the Settlement Class are permanently barred and enjoined from asserting against the Defendant any claims released in the Stipulation of Settlement.

12. The Court hereby awards Class Counsel reasonable attorneys' fees and costs in the aggregate amount of $152,408.42, representing $143,750 in attorneys' fees and $8,658.42 in costs, to be paid from the Settlement Fund.

13. The Court hereby awards each of the Settlement Class Representatives, Hilary K. Gamache and Michele Andrade, an enhancement fee in the amount of $3,500 for their services as representatives for the Settlement Class, to be paid to each of them from the Settlement Fund.

14. The Court hereby approves Phoenix Settlement Administrator's fees and costs in the amount of $34,385, to be paid from the Settlement Fund.

15. The Court hereby directs the Parties and the Settlement Administrator, Phoenix Settlement Administrators, to effectuate all terms of the Settlement.

16. The Court hereby dismisses both the *Gamache* Action (Case No. 3:15-cv-02112-EMC) and the *Andrade* Action (Case No. 3:15-cv-01394-EMC) with prejudice pursuant to the terms set forth in the Stipulation of Settlement. Each of the Parties is to bear their own fees and costs except as expressly provided herein, in the Stipulation of Settlement or in any order of this Court. Without affecting the finality of the Judgments in any way, this Court hereby retains continuing jurisdiction over the interpretation, implementation and enforcement of the Settlement and all orders and judgments entered in connection therewith.

17. Under FRCP Rule 58, the Court, in the interests of justice, there being no just reason for delay, expressly directs the Clerk of the Court to enter this Order as a Judgment in both the *Gamache* Action (Case No. 3:15-cv-02112-EMC) and the *Andrade* Action (Case No. 3:15-cv-01394-EMC), and hereby decrees, that upon entry, it be deemed as a final judgment.

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

[PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND MOTION FOR FEES, ETC.   - 4 -   CASE NO.: 3:15-cv-02112 EMC
CASE NO.: 3:15-cv-01394 EMC

1  **IT IS SO ORDERED.**

3  Dated: __September 23__, 2016



THE HONORABLE EDWARD M. CHEN
United States District Judge

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861